**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed September 10, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00459-CV

_____

## IN RE M.H. AND K.H, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-11726**

---

## MEMORANDUM MAJORITY OPINION

On August 18, 2021, relators K.H. (mother) and M.H (presumed father) filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Frank Pierce, presiding judge of the 311th District Court of Harris County, to vacate its order dated June 9, 2021, granting Jonathan Hersh's motion and ordering genetic testing of relators' child, H.N.H.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

/s/    Randy Wilson
        Justice

Panel consists of Justices Jewell, Spain, and Wilson.  (Spain, J., dissenting).